02-0031-CV-W-5-P

IN FORMA PAU[ERIS AFFIDAVIT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

REGINALD EWING
_____
(Plaintiff, Petitioner or Movant)

vs.

DAVE DORMIRE, SUP.,
_____
(Defendant(s))

DECLARATION IN SUPPORT
OF REQUEST TO PROCEED
IN FORMA PAUPERIS

I, REGINALD EWING _____ declare (1) that I am the Petitioner in the above entitled case; (2) that in support of my motion to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the cost of said proceeding or to give security therefor; that I believe II am entitled to relief.

1. Are you presently employed? Yes [ ] No [XX]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. I WAS LOCKED UP_____. PRIOR TO BEING LOCKE D UP I MADE LESS THAN $800 PER MONTH

2. Have you received, within the past twelve (12) months, any money from any of the following sources?

   a. Business, profession or form of self-employment?
      Yes   No   XX

b. Rent payments, interest or dividends?
Yes    No X

c. Pensions, annuities or life insurance payments?
Yes    No X

d. Gifts or inheritance?
Yes    No X

e. Any other sources?
Yes    No X

If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve months. SEE ATTACHED RELEASE

3. Do you own any cash, or do you have money in a checking or savings account? Include any funds in prison accounts).
Yes    No XX (SEE ATTACHED RELEASE)

If the answer is "yes," state the total amount of the items owned.

4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes    No XX

If the answer is "yes," describe the property and state its approximate value.

N/A

5. List the persons who are dependent, upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
NO

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
Executed on _____,
(DATE)

(PLAINTIFF'S, PETITIONER'S OR
REGINALD EWING

December 26, 2001

I do hereby verify that attached hereto is an original computer printout of the transactions in the offender account with the Missouri Department of Corrections, Jefferson City, Missouri for Offender EWING, Reginald            , No. 529684        , for the period of  June 01, 2001    through December 26, 2001    indicating the correct opening balance, subsequent transactions, and closing balance for said account in my office.


*Darlene Wansing*

Darlene Wansing

Assistant Offender Finance Officer


Subscribed and sworn to before me, the undersigned Notary Public, this  27th    day of December, 2001.


*Mandie M Morriss*

Notary Public



MANDIE M. MORRISS
NOTARY PUBLIC-STATE OF MISSOURI
COUNTY OF COLE
MY COMMISSION EXPIRES JAN. 12, 2004

Dept of Corrections and Human Resources

Jefferson City, Missouri

Inmate Account Statement    12-26-2001                Page    1

529684  EWING           REGINALD
JCCC    016 16C 00331

|  | Personal | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 6-01-2001 | Opening Balance | | | 22.03 |
| 6-04-2001 | Canteen Purchase | | 4.60 | 17.43 |
| 6-11-2001 | Canteen Purchase | | 5.10 | 12.33 |
| 6-15-2001 | ROY        EWING | 20.00 | | 32.33 |
| 6-15-2001 | STATE PAYROLL* MAY | 8.50 | | 40.83 |
| 6-20-2001 | Canteen Purchase | | 18.62 | 22.21 |
| 6-27-2001 | Canteen Purchase | | 7.58 | 14.63 |
| 7-11-2001 | Canteen Purchase | | 14.55 | .08 |
| 7-13-2001 | STATE PAYROLL* JUNE | 8.50 | | 8.58 |
| 7-18-2001 | Canteen Purchase | | 6.25 | 2.33 |
| 7-24-2001 | Canteen Purchase | | 2.18 | .15 |
| 7-31-2001 | Canteen Purchase | | .14 | .01 |
| 8-17-2001 | STATE PAYROLL* JULY | 8.50 | | 8.51 |
| 8-20-2001 | Canteen Purchase | | 7.01 | 1.50 |
| 9-10-2001 | Canteen Purchase | | 1.30 | .20 |
| 9-14-2001 | STATE PAYROLL* AUGUST | 8.50 | | 8.70 |
| 9-17-2001 | Canteen Purchase | | 7.74 | .96 |
| 10-12-2001 | STATE PAYROLL* SEPTEMBER | 8.50 | | 9.46 |
| 10-18-2001 | Canteen Purchase | | 5.47 | 3.99 |
| 10-29-2001 | ROY        EWING | 15.00 | | 18.99 |
| 10-30-2001 | Canteen Purchase | | 4.85 | 14.14 |
| 11-09-2001 | STATE PAYROLL* OCTOBER | 8.50 | | 22.64 |
| 11-13-2001 | Canteen Purchase | | 14.37 | 8.27 |
| 11-27-2001 | Canteen Purchase | | 7.31 | .96 |
| 12-14-2001 | STATE PAYROLL* NOVEMBER | 8.50 | | 9.46 |
| 12-19-2001 | Canteen Purchase | | 8.79 | .67 |
| 12-26-2001 | Closing Balance | 94.50 | 115.86 | .67 |

| Account Summary | Opening | Deposits | Withdrawals | Closing |
|---|---|---|---|---|
| | 22.03 | 94.50 | 115.86 | .67 |

Case 4:02-cv-00031-NKL   Document 2   Filed 01/08/02   Page 4 of 4