02-0031-CV·W·5·P

IN FORMA PAU[ERIS AFFIDAVIT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

REGINALD EWING

(Plaintiff, Petitioner or Movant)

vs.

DAVE DORMIRE, SUP.,

(Defendant(s))

DECLARATION IN SUPPORT
OF REQUEST TO PROCEED
IN FORMA PAUPERIS

I, REGINALD EWING _____ declare (1) that I am the Petitioner in the above entitled case; (2) that in support of my motion to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the cost of said proceeding or to give security therefor; that I believe II am entitled to relief.

1. Are you presently employed? Yes [ ] No [XX]
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. I WAS LOCKED UP_____. PRIOR TO BEING LOCKED UP I MADE LESS THAN $800 PER MONTH

2. Have you received, within the past twelve (12) months, any money from any of the following sources?

    a. Business, profession or form of self-employment?
       Yes    No    XX

b.  Rent payments, interest or dividends?
       Yes   No X
   c.  Pensions, annuities or life insurance payments?
       Yes        No X

   d.  Gifts or inheritance?
       Yes        No X

   e.  Any other sources?
       Yes   No X

   If the answer to any of the above is "yes," describe
   the source and amount of money received
   from each during the past twelve months. SEE ATTACHED
   RELEASE

3. Do you own any cash, or do you have money in a checking or
   savings account? Include any funds in prison accounts).
         Yes    No XX (SEE ATTACHED RELEASE)

   If the answer is "yes," state the total amount of the items
   owned.


4. Do you own real estate, stocks, bonds, notes, automobiles,
   or other valuable property (excluding ordinary household
   furnishings and clothing)?  Yes      No XX

   If the answer is "yes," describe the property and state its
   approximate value.

   N/A


5. List the persons who are dependent, upon you for support,
   state your relationship to those persons, and indicate how
   much you contribute toward their support.
   NO

I DECLARE UNDER PENALTY OF PERJURY
THAT THE ABOVE     INFORMATION IS TRUE AND CORRECT.
Executed on _1-21-2002_
             (DATE)
                              _Reginald R. Ewing_
                              (PLAINTIFF'S, PETITIONER'S OR
                              REGINALD EWING

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

|                    |   |           |
|--------------------|---|-----------|
| Petitioner,        | ) |           |
| vs.                | ) | Case No.  |
| Respondent.        | ) |           |

Authorization for Release of Institutional Account Information

I, __Reginald M. Ewing          #529684__,

(Name of Petitioner)                              (Register Number)

hereby authorize the Clerk of the Court to obtain information from the institution at which I presently reside about deposits into and withdrawals from my account at this institution during the past six months to determine my eligibility to proceed in forma pauperis, pursuant to the provisions of 28 U.S.C. § 1915.

_Reginald M. Ewing_
(Signature of Petitioner)

__1-21-2002__

(Date)

1